IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Noble Drilling Services, Inc., Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:09cv2825 |
| Certex USA, Inc., Bridon-American Corp., and Bridon International, Ltd., Defendant, | § § § § § | |

## **SCHEDULING ORDER**

1.  Plaintiff Noble Drilling Services Inc. ("Noble"); and Defendants Certex USA, Inc., Bridon-American Corp. and Bridon International, Ltd (collectively "Certex/Bridon") shall prepare a Joint Pretrial Order on the following schedule:

    A.  <u>April 23, 2012.</u>  Noble shall forward by electronic mail to Certex/Bridon a list of the names and addresses of all witnesses whom it may call, separately identifying those witnesses whom it expects to present live (including these Bridon and/or Certex representatives, employees and agents), those whom it may call live if the need arises, and those whom it expects to call by deposition. Noble will include a brief statement of the nature of each witness' testimony, and with regard to expert witnesses, a brief statement of their qualifications.

    B.  <u>April 30, 2012.</u>  Certex/Bridon shall forward by electronic mail to all parties a list of the names and addresses of all witnesses whom it may call, separately identifying those witnesses whom it expects to present live (including these Noble representatives, employees and agents), those whom it may call live if the need arises, and those whom it expects to call by deposition. Certex/Bridon will

include a brief statement of the nature of each witness' testimony, and with regard to expert witnesses, a brief statement of their qualifications.

C. <u>May 4, 2012</u>. Noble shall forward by electronic mail to Certex/Bridon its draft Joint Pretrial Order in the form provided for in the Court's procedures as to parts: 1. Appearance of Counsel; 2. Statement of the Case; 3. Jurisdiction; 4. Parties Contentions; 5. Witnesses; and Voir dire questions.

D. <u>May 7, 2012</u>. Noble shall forward by electronic mail to Certex/Bridon the inclusive pages and lines to be read for each witness who is to be called by deposition.

E. <u>May 7, 2012</u>. Noble shall forward by electronic mail to all parties its Exhibit List in the form provided for in the Court's procedures.

F. <u>May 10, 2012</u>. Noble shall forward to Certex/Bridon its Exhibits in searchable pdf format.

G. <u>May 14, 2012</u>. Certex/Bridon shall forward by electronic mail any responsive portions of the Joint Pretrial Order, to Noble in redline (*i.e.*, "track changes") format.

H. <u>May 17, 2012</u>. Certex/Bridon shall forward by electronic mail to Noble the inclusive pages and lines to be read for each witness who is to be called by deposition.

I. <u>May 21, 2012</u>. Certex/Bridon shall forward by electronic mail to all parties its Exhibit List in the form provided by the Court's procedures and in searchable pdf format.

J.  May 22, 2012.   Noble shall forward by electronic mail to Certex/Bridon any responsive page and lines to be read for witnesses who are to be called by deposition.

K.  May 25, 2012.   Noble shall file the Joint Pretrial Order.

L.  May 25, 2012.   All *Daubert* Motions and Motions in Limine shall be filed.

M.  May 25, 2012   Noble shall provide Bridon/Certex with the names of any Bridon/Certex representative, employee or agent whom Noble expects to call as a live witness during the week of June 4, 2012. Thereafter, each party shall give the other party no less than ten (10) days prior notice of a witness, who is an agent, officer or representative of an opposing party, which the party intends to call live at trial in each ensuing week of trial.

N.  May 29, 2012.   The Court will hold a Pretrial Conference at 11:30 a.m.

O.  May 29, 2012.   All objections to exhibits and deposition testimony must be filed.

P.  June 1, 2012.   Noble and Certex/Bridon shall exchange by electronic mail a draft form of any demonstrative exhibits.

Q.  June 4, 2012   1:30 p.m. - Trial.

SIGNED 24th day of April, 2012.

Honorable Kenneth E. Hoyt